United States District Court
Eastern District of California

CARLOS ZACARIAS GONZALEZ HERNANDEZ

Plaintiff(s)

V.

MARKWAYNE MULLIN, et al.

Defendant(s)

Case Number: 1:26-cv-8745 VC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nera Shefer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Carlos Zacarias Gonzalez Hernandez

On 09/21/2004 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Ramirez Bernal v. Mullin, 1:26-cv-04104-DAD-CSK; applied 5/28/2026; granted 6/2/2026

Orihuela Blas v. Noem, 1:26-cv-01431-TLN-DMC; applied 2/18/2026; granted 2/19/2026

Date: 10/23/2026

Signature of Applicant: /s/ Nera Shefer

**Pro Hac Vice Attorney**

Applicant's Name: Nera Shefer

Law Firm Name: Shefer Law Firm, P.A.

Address: 800 SE 4th Ave, #803

City: Hallandale Beach State: FL Zip: 33009

Phone Number w/Area Code: (786) 295-9077

City and State of Residence:

Primary E-mail Address: nera@shefer.legal

Secondary E-mail Address: nes@alianzasusa.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Erika Vejar

Law Firm Name: Vejar Law Firm

Address: 373 East Foothill Boulevard

Suite 100

City: San Dimas State: CA Zip: 91773

Phone Number w/Area Code: (909) 394-2314 Bar # 255755

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 27, 2026

JUDGE, U.S. DISTRICT COURT